COMMUNITY NATIONAL
BANK, Appellee,

v.

Evelyn WALLACE, Appellant.

No. 10–1775.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 27, 2010.

Filed: Sept. 1, 2010.

Mark Duea, Geck & Duea, White Bear Lake, MN, for Appellee.

Evelyn Wallace, Sun Lakes, AZ, pro se.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

---

1. The Honorable Maurice B. Foley, United States Tax Court Judge.

PER CURIAM.

Pursuant to 28 U.S.C. § 1441, Evelyn Wallace removed to federal court an action involving real property. The district court[1] remanded the case to the state court, and Wallace appeals. We lack jurisdiction to review the remand order. *See* 28 U.S.C. § 1447(d) (order remanding case to state court from which it was removed is not reviewable on appeal, unless case "was removed pursuant to section 1443"); 28 U.S.C. § 1443 (allowing removal of civil-rights cases). Accordingly, we dismiss the appeal.

---

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.